## JOSEPH and JAMES HARPER v. CHARLES BAILEY.

Court of Common Pleas. Kent. May 17, 1804.

*Rodney's Notes.*

*Hall, Ridgely* [for plaintiffs]. *Rodney, Bayard* [for defendant].

*Hall.* Doug. 89, 90, a witness in the E. Indies. This case produced by plaintiffs' attorney in support of the admission of the bond, by proving the handwriting of the witness, French Battle, who is resident here and a few days past left this town on a visit.

The Court. The proof is not sufficient, and the plaintiffs, being called, suffered a nonsuit.